# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 15, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128861

PETER VERVERIS and THERESA VERVERIS,
as Next Friend of PHILIP VERVERIS, a Minor,
          Plaintiffs-Appellees,

v

HARTFIELD LANES,
          Defendant-Appellant.

SC: 128861
COA: 251868
Oakland CC: 2002-037354-NI

_____/

      On order of the Court, the application for leave to appeal the May 19, 2005 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we VACATE the judgment of the Court of Appeals and REMAND this case to the Court of Appeals for reconsideration. See *Kenny v Kaatz Funeral Home, Inc*, 472 Mich 929 (2005).

      CAVANAGH and KELLY, JJ., would deny leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 15, 2005

Clerk

d1208